No. 711.  FARR COMPANY *v.* GRATIOT ET AL.  C. A. 9th Cir.  Certiorari denied.  *Leonard S. Lyon* and *Richard E. Lyon* for petitioner.  *Ford W. Harris, Jr.* for respondents.

No. 712.  PAHMER *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.  *Chester T. Lane* for petitioner. *Solicitor General Rankin* for the United States, and *Harold Wm. Harrison* for Eva Pahmer, respondent.

No. 445, Misc.  COX *v.* RANDOLPH, WARDEN.  Circuit Court of Macon County, Illinois.  Certiorari denied.

No. 640.  TOMASIAN *v.* MANOUKIAN ET AL., EXECU-TRICES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Rutherford Day* for petitioner.  *Charles Orlando Pratt* for respondents.

No. 698.  COOPER *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *Wade H. Cooper, pro se.  Solicitor General Rankin, Assistant Attorney General Rice* and *Hilbert P. Zarky* for the United States.

No. 558, Misc.  STONE *v.* WYOMING EX REL. GUY, AT-TORNEY GENERAL, ET AL.  Supreme Court of Wyoming. Certiorari denied.  *J. Norman Stone, John J. Spriggs, Sr.* and *John J. Spriggs, Jr.* for petitioner.  *George F. Guy,* Attorney General, *Bruce P. Badley,* Assistant Attorney General, and *Thurman Arnold* for the State of Wyoming, respondent.